United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-18363-jkf
Seye E. Fatokun                                                       Chapter 13
Abosede A. Fateru
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1            Date Rcvd: Jul 26, 2016
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2016.
12721380      +Bank of America, N.A.,   7105 Corporate Drive,   PTX-B-209,   Plano, TX 75024-4100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2016                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Joint Debtor Abosede A. Fateru dmo160west@gmail.com,
           davidoffenecf@gmail.com
          DAVID M. OFFEN    on behalf of Debtor Seye E. Fatokun dmo160west@gmail.com,
           davidoffenecf@gmail.com
          GEORGE C. GREATREX, JR    on behalf of Creditor    Wilton's Corner Proprietary Association
           ggreatrex@sgglawfirm.com,   lhopewell@sgglawfirm.com;kmuchler@verizon.net
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN T MCQUAIL    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
          NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 11-18363-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Seye E. Fatokun
5517-19 North 5th Street
Philadelphia PA 19120

Abosede A. Fateru
158 Quiet Road
Sicklerville NJ 08081

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/22/2016.

Name and Address of Alleged Transferor(s):

Claim No. 23: Bank of America, N.A., 7105 Corporate Drive, PTX-B-209, Plano, TX 75024

Name and Address of Transferee:

Carrington Mortgage Services, LLC
(servicing rights only)
1600 South Douglass Road
Anaheim, CA 92806

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/28/16

Tim McGrath
**CLERK OF THE COURT**