Certificate Number: 12433-PAE-DE-028387003

Bankruptcy Case Number: 11-18363



12433-PAE-DE-028387003

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 19, 2016</u>, at <u>2:55</u> o'clock <u>PM EST</u>, <u>Seye Fatokun, IV</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>November 20, 2016</u>        By:    <u>/s/Lisa Susoev</u>

Name:  <u>Lisa Susoev</u>

Title:  <u>Teacher</u>