United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-18363-jkf
Seye E. Fatokun                                                         Chapter 13
Abosede A. Fateru
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 3             Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW          Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
```
db             +Seye E. Fatokun,    5517-19 North 5th Street,    Philadelphia, PA 19120-2805
jdb            +Abosede A. Fateru,    158 Quiet Road,    Sicklerville, NJ 08081-5621
aty            +JILL MANUEL-COUGHLIN,    1310 Industrial Blvd. Suite 202,    Southampton, PA 18966-4030
cr             +11-18363 Carrington Mortgage Services, LLC (servic,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr             +Carrington Mortgage Services, LLC,,    c/o PROBER & RAPHAEL, A LAW CORPORATION,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr             +Wilton's Corner Proprietary Association,    60 Meetinghouse Circle,
                 Sicklerville, NJ 08081-4894
12628578       +AES/PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
12618306       +AES/PHEAA,   PO BOX 8183,    HARRISBURG, PA 17105-8183
12584021       +Aes/Wachovia,   Po Box 2461,    Harrisburg, PA 17105-2461
12584025       +Aes/Wells Fargo,    1200 N 7th St,    Harrisburg, PA 17102-1419
12589278      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
12584028       +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
12721380       +Bank of America, N.A.,    7105 Corporate Drive,    PTX-B-209,    Plano, TX 75024-4100
12584029       +Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
13764512       +Carrington Mortgage Services, LLC,    (servicing rights only),    1600 South Douglass Road,
                 Anaheim, CA 92806-5951
12584030       +Central Finl Control,    Po Box 66051,    Anaheim, CA 92816-6051
12584031       +Chld/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
12584032       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
12584033       +Citi Ctb,   Po Box 22066,    Tempe, AZ 85285-2066
12666263       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
12584036        Cruz Auto,   4200 North Front Street,    Philadelphia, PA 19140
12736114       +Cruz Auto Center,    4432 North Front Street,    Philadelphia, PA 19140-2723
12597609       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
12677832        ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
12688030        ECMC,   P.O. Box 75906,    St. Paul, MN 55175
12584046      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    Fifth Third Center,    Cincinnati, OH 45263)
12584038       +Fayfinancial,   939 W North Ave,    Chicago, IL 60642-7138
12584039       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
12734343        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
12598951       +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
12584053       +Main Street Acquisiton,    2877 Paradise Rd Unit 30,    Las Vegas, NV 89109-5236
12584054       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
12584056       +Merchants Assoc Cool D,    134 S Tampa St,    Tampa, FL 33602-5396
12601804       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12584059       +PNC Bank, N.A.,    c/o James W. Hennessey, Esq.,    Dilworth Paxson, LLP,
                 1500 Market Street, Suite 3500E,    Philadelphia, PA 19102-2101
12650448       +PNC Bank, National Association,    c/o James W. Hennessey, Esquire,    Dilworth Paxson LLP,
                 1500 Market Street, Suite 3500E,    Philadelphia, PA 19102-2101
12584060       +Sears/Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
12584064       +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
12610592        Toyota Motor Credit Corporation,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12671972        Verizon,   PO BOX 3037,    Bloomington, IL 61702-3037
13042838       +Wiltons Corner Proprietary Association,    60 Meetinghouse Circle,    Sicklerville, NJ 08081-4894
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 18 2017 02:36:58     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2017 02:36:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:36:23     Candica, LLC,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE,    SUITE 400,    SEATTLE, WA 98121-3132
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:02
                 Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX  77210-4457
12588984       +E-mail/Text: EBNProcessing@afni.com Feb 18 2017 02:36:21     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
12649405        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2017 02:29:29
                 Ashley Funding Services LLC its successors and,    assigns as assignee of Syndicated Office,
                 Systems, Inc,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12657875       +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:36:23     BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12674252       +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:36:23     Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
```

```
District/off: 0313-2          User: PaulP              Page 2 of 3              Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW          Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
12584034       +E-mail/Text: bankruptcy@phila.gov Feb 18 2017 02:36:59      City of Philadelphia,
                 1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1504
12584035       +E-mail/Text: creditonebknotifications@resurgent.com Feb 18 2017 02:35:06      Credit One Bank,
                 Po Box 98875,   Las Vegas, NV 89193-8875
12594247        E-mail/Text: mrdiscen@discover.com Feb 18 2017 02:35:03      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
12584037       +E-mail/Text: mrdiscen@discover.com Feb 18 2017 02:35:03      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
12584047        E-mail/Text: cio.bncmail@irs.gov Feb 18 2017 02:35:14      Internal Revenue Service,
                 P.O. Box 21126,   Philadelphia, PA 19114
12584048       +E-mail/Text: vivian@interstatecredit.net Feb 18 2017 02:36:36      Interstate Credit & Co,
                 21 W Fornance St,   Norristown, PA 19401-3300
13661214       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 18 2017 02:29:28      LVNV Funding LLC,
                 c/o Shellpoint Mortgage Servicing,   PO Box 10826,   Greenville, SC 29603-0826
12584057       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 18 2017 02:36:09      Midland Credit Mgmt,
                 8875 Aero Dr,   San Diego, CA 92123-2255
13028149        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:36      Midland Funding LLC,
                 by American InfoSource LP as agent,   Attn: Department 1,   PO Box 4457,
                 Houston, TX 77210-4457
12714176        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:44:16
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
12584058       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2017 02:35:47      Pa. Department of Revenue,
                 Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
12601072        E-mail/Text: ebn@vativrecovery.com Feb 18 2017 02:35:18      Palisades Acquisition IX LLC,
                 Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition IX LL,
                 PO Box 40728,   Houston, TX 77240-0728
12968619        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2017 02:35:47
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
12826315        E-mail/Text: bnc-quantum@quantum3group.com Feb 18 2017 02:35:24
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
12727164        E-mail/PDF: cbp@onemainfinancial.com Feb 18 2017 02:28:44      SPRINGLEAF FINANCIAL SERVICES,
                 PO BOX 3251,   EVANSVILLE, IN 47731
12584063        E-mail/PDF: cbp@onemainfinancial.com Feb 18 2017 02:28:44      Springleaf Financial S,
                 Po Box 3251,   Evansville, IN 47731
12596614       +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:36:22      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*            +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*             ECMC,   P.O. Box 75906,   St. Paul, MN 55175
cr*            +LVNV Funding LLC,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
                 Greenville, SC 29603-0826
cr*            +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
12584022*      +Aes/Wachovia,   Po Box 2461,   Harrisburg, PA 17105-2461
12584023*      +Aes/Wachovia,   Po Box 2461,   Harrisburg, PA 17105-2461
12584024*      +Aes/Wachovia,   Po Box 2461,   Harrisburg, PA 17105-2461
12584026*      +Aes/Wells Fargo,   1200 N 7th St,   Harrisburg, PA 17102-1419
12688031*       ECMC,   P.O. Box 75906,   St. Paul, MN 55175
12584040*      +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
12584041*      +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
12584042*      +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
12584043*      +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
12584044*      +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
12584049*      +Interstate Credit & Co,   21 W Fornance St,   Norristown, PA 19401-3300
12584050*      +Interstate Credit & Co,   21 W Fornance St,   Norristown, PA 19401-3300
12584051*      +Interstate Credit & Co,   21 W Fornance St,   Norristown, PA 19401-3300
12584052*      +Interstate Credit & Co,   21 W Fornance St,   Norristown, PA 19401-3300
12584055*      +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
12714181*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
12584061*      +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
12584062*      +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
12632117*       internal revenue service,   centralized insolvency operations,   p.o. box 7346,
                 philadelphia,pa 19101-7346
12584027       ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
12584045       ##+Fia Csna,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                        TOTALS: 0, * 25, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2        User: PaulP              Page 3 of 3         Date Rcvd: Feb 17, 2017
                            Form ID: 138NEW          Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Joint Debtor Abosede A. Fateru dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Seye E. Fatokun dmo160west@gmail.com,
               davidoffenecf@gmail.com
              GEORGE C. GREATREX, JR    on behalf of Creditor    Wilton's Corner Proprietary Association
               ggreatrex@sgglawfirm.com, lhopewell@sgglawfirm.com;kmuchler@verizon.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN T MCQUAIL    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com
              NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Seye E. Fatokun and Abosede A. Fateru

        Debtor(s)                       Bankruptcy No: 11−18363−jkf

                                                      Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                      For The Court

                                      Timothy B. McGrath
                                      Clerk of Court

Dated: 2/17/17

                                                                           121 − 120
                                                                      Form 138_new