United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Seye E. Fatokun  
Abosede A. Fateru  
    Debtors

Case No. 11-18363-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Mar 24, 2017  
    Form ID: 195    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.  
db    +Seye E. Fatokun,   5517-19 North 5th Street,   Philadelphia, PA 19120-2805  
jdb   +Abosede A. Fateru,   158 Quiet Road,   Sicklerville, NJ 08081-5621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:

    ANDREW F GORNALL   on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
    DAVID M. OFFEN   on behalf of Debtor Seye E. Fatokun dmo160west@gmail.com, davidoffenecf@gmail.com  
    DAVID M. OFFEN   on behalf of Joint Debtor Abosede A. Fateru dmo160west@gmail.com, davidoffenecf@gmail.com  
    GEORGE C. GREATREX, JR   on behalf of Creditor   Wilton's Corner Proprietary Association ggreatrex@sgglawfirm.com, lhopewell@sgglawfirm.com;kmuchler@verizon.net  
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    KEVIN T MCQUAIL   on behalf of Creditor   BANK OF AMERICA, N.A. ecfmail@mwc-law.com  
    NICHOLAS J. LAMBERTI   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us  
    THOMAS I. PULEO   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com

    TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Seye E. Fatokun and Abosede A. Fateru              : Case No. 11−18363−jkf

      Debtor(s)

***ORDER***
_____

AND NOW, this day , March 24, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

124
Form 195